NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MARTIN F. SALAZAR,**
*Petitioner.*

---

Miscellaneous Docket No. 110

---

On Petition for Writ of Mandamus to the Merit Systems Protection Board.

---

**ON PETITION**

---

**O R D E R**

Martin F. Salazar submits a petition for a writ of mandamus to direct the Merit Systems Protection Board to docket his appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The Board is directed to respond no later than December 21, 2011. The Department of Energy may also respond by that date.

FOR THE COURT

DEC 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Martin F. Salazar
James M. Eisenmann, Esq. (copy of petition enclosed)
Jeanne E. Davidson, Esq. (copy of petition enclosed)
Clerk, Merit Systems Protection Board

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 7 2011

**JAN HORBALY**
**CLERK**